**Order entered December 8, 2017**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-17-00756-CR

## CONNOR LEE CORALLI, Appellant

## V.

## THE STATE OF TEXAS, Appellee

**On Appeal from the County Court at Law No. 6**
**Collin County, Texas**
**Trial Court Cause No. 006-84506-2015**

## ORDER

We **REINSTATE** this appeal.

When appellant failed to make arrangements to pay for the reporter's record, we abated the appeal for a hearing to determine whether appellant desired to prosecute the appeal or if he had been denied the reporter's record because of ineffective counsel, indigence, or for any other reason. On November 16, 2017, we received the trial court's findings of fact. We **ADOPT** the trial court's finding that (1) appellant did not appear at the trial court's November 16, 2017 hearing but appellate counsel did; (2) counsel informed the trial court he spoke with appellant in October 2017; (3) at that time, appellant did not want to pursue the appeal; (4) appellant told counsel he had access to a computer and would sign the motion to dismiss his appeal; (5)

appellant has not corresponded with counsel or responded to his calls or emails since that time; and (6) appellant has abandoned the appeal.

We **ORDER** this appeal submitted without the reporter's record and brief as of the date of this order to a panel consisting of Justices Lang, Brown, and Whitehill. *See* TEX. R. APP. P. 37.3(c), 38.8(b)(4). An opinion will issue in due course.

/s/    LANA MYERS
         JUSTICE